**Order entered February 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00201-CR

**NORRIS PAUL DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2032551-U**

## ORDER

The State's second motion for extension of time to file brief is **GRANTED**, and the brief received with the motion is **ORDERED** filed as of the date of this order.

/s/    NANCY KENNEDY
        JUSTICE